# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN WOLFE**                                                                 **PLAINTIFF**

**V.**                                          **4:24CV00645 JM**

**GEORG FISCHER HARVEL, LLC**                                       **DEFENDANT**

### ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 21st day of January, 2026.

_____
James M. Moody Jr.
United States District Judge